## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Harris, Symonous-Greta Ex Relatione and Authorized Representative for: SYMONOUS HARRIS, ET AL,, <br><br> Claimant, <br><br> v. <br><br> BNC MORTGAGE, INC., WELLS FARGO GANK, N.A. DBA AMERICA'S SERVICING COMPANY, N.A., DBA AMERCIA'S SERVICING COMPANY, LEHMAN BROTHERS HOLDING, INC., U.S. BANK NATIONAL ASSOCIATION, AURORA LOAN SERVICES, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, STRUCTURED ASSETS INFESTMENT LOAN STRUST, STRUCTURED ASSET SECURITIES CORPORATION, ET AL, AND ALL OTHER PARTIES OF INTEREST 1-50 JOHN and JANE DOES all persons unknow, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title or any cloud on plaintiff's title therto, <br><br> Respondent(s). | CIVIL ACTION <br><br> No. 16-cv-2126(MKB)(PK) <br><br><br> NOTICE OF MOTION |

TO:    Symonous-Greta Harris
          1782 Nostrand Avenue
          Brooklyn, NY 11225

**PLEASE TAKE NOTICE** that pursuant to the Court's order of June 27, 2016, Defendants BNC Mortgage, Inc. ("BNC"), Lehman Brothers Holding, Inc. ("LBHI:"), Aurora

Loan Services LLC ("Aurora") and Structured Asset Securities Corporation ("SASCO") (collectively "Defendants") by and through undersigned counsel shall move before the Honorable Margo K. Brodie, U.S.D.J., United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 for the entry of an Order dismissing the Complaint with Prejudice.

 **PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, Defendants shall rely on the accompanying Certification of Counsel and the exhibits annexed thereto, as well as the Memorandum of Law submitted herewith. A proposed form of Order dismissing the Complaint is also included herewith.

              Respectfully submitted,

              **SANDELANDS EYET LLP**
              *Attorneys for Defendants,*
              BNC Mortgage, Inc. ("BNC"), Lehman Brothers Holding, Inc. ("LBHI:"), Aurora Loan Services LLC ("Aurora") and Structured Asset Securities Corporation

Dated: July 22, 2016   By: /s/ William C. Sandelands
              William C. Sandelands, Esq.
              1545 U.S. Highway 206, Suite 304
              Bedminster, NJ 07921
              wsandelands@se-llp.com
              908-470-1200