## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Harris, Symonous-Greta Ex Relatione and Authorized Representative for: SYMONOUS HARRIS, ET AL,, <br><br> Claimant, <br><br> v. <br><br> BNC MORTGAGE, INC., WELLS FARGO GANK, N.A. DBA AMERICA'S SERVICING COMPANY, N.A., DBA AMERCIA'S SERVICING COMPANY, LEHMAN BROTHERS HOLDING, INC., U.S. BANK NATIONAL ASSOCIATION, AURORA LOAN SERVICES, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, STRUCTURED ASSETS INFESTMENT LOAN STRUST, STRUCTURED ASSET SECURITIES CORPORATION, ET AL, AND ALL OTHER PARTIES OF INTEREST 1-50 JOHN and JANE DOES all persons unknow, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title or any cloud on plaintiff's title therto, <br><br> Respondent(s). | CIVIL ACTION <br><br> No. 16-cv-2126(MKB)(PK) <br><br><br> CERTIFICATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS |

I, William C. Sandelands, of full age, hereby certify that:

1. I am an attorney duly admitted to practice law before this Court and am a partner of the law firm of Sandelands Eyet LLP, counsel for defendants BNC Mortgage, Inc. ("BNC"), Lehman Brothers Holding, Inc. ("LBHI"), Aurora Loan Services LLC ("Aurora") and Structured Asset Securities Corporation ("SASCO") (collectively "Defendants") in the above-captioned matter. I am fully familiar with the facts and circumstances of this matter, having reviewed my file, as well as the docket for this case and related matters, and other pertinent information and documents.

2.      I submit this Certification in support of Defendants' Motion for an Order Dismissing Plaintiffs' Complaint, With Prejudice, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

3.      Annexed hereto as **Exhibit A** is a true and correct copy of the Order of Reference filed on March 1, 2016 in the state court matter, U.S. Bank National Assocation v. Harris, et al, Supreme Court of New Jersey, County of Kings, Index No. 20269/2009.

4.      Annexed hereto as **Exhibit B** is a true and correct copy of the Order entering Default Judgment filed on March 1, 2016 in the state court matter, U.S. Bank National Assocation v. Harris, et al, Supreme Court of New Jersey, County of Kings, Index No. 20269/2009.

5.      Annexed hereto as **Exhibit C** is a true and correct copy of the Order Confrming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings, Inc. and its Affiliated Debtors, filed on December 6, 2011 in the matter In re Lehman Brothers Holdings, Inc., et al., United States Bankruptcy Court, Southern District of New York, Docket No.: 08-13555.

Dated: Bedminster, New Jersey  
       July 22, 2016                By:     */s/ William C. Sandelands*  
                                                 William C. Sandelands, Esq.  
                                                 1545 U.S. Highway 206, Suite 304  
                                                 Bedminster, NJ 07921  
                                                 wsandelands@se-llp.com  
                                                 908-470-1200